# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Marcos Matus-Monroy*         v.    *Terry Goddard, et al.*

THE HONORABLE JOHN W. SEDWICK        2:06-cv-00529-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: June 5, 2007

    Marcos Matus-Monroy filed his amended petition for a writ of habeas corpus at docket 4. After briefing on the matter, Magistrate Judge Voss filed a report recommending that the petition be denied and dismissed without prejudice. The court reviews such recommendations as follows: All recommended findings of fact as to which an objection is noted and all recommended conclusions of law are reviewed *de novo*, and all recommended findings of fact as to which no objection is taken are reviewed for clear error. Having applied that standard of review, this court finds that the magistrate judge's recommendations are correct in all material respects and hereby adopts his recommended findings of fact and conclusions of law. Base thereon, the petition is **DENIED**, and this case is dismissed with prejudice. The Clerk will please enter judgment accordingly.